

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Bradley Thomas Tims,

\* From the 385th District Court
  of Midland County
  Trial Court No. CR48112.

Vs. No. 11-17-00109-CR

 \* April 11, 2019

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.